UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

07 CV 5976 ECF

Mays v. Washington Square Institute for Psychotherapy and Mental Health et al.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2007

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 5976 (BSJ)(THK)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| | | ___ Social Security |
| ___ | Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | Particular Motion:_____ All such motions: ___ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         8/3/07

_____
Barbara S. Jones
United States District Judge

Case 1:07-cv-05976-BSJ-THK   Document 2   Filed 08/03/2007   Page 1 of 1