UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

KATHLEEN MAYS, Ph.D.,

                Plaintiff,

vs.

WASHINGTON SQUARE INSTITUTE FOR
PSYCHOTHERAPY AND MENTAL HEALTH,
GERD H. FENCHEL, Ph.D.

                Defendants.

------------------------------------------------------------ X

Case No.: 07 CIV 5976

**RULE 7.1 STATEMENT**

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for defendant WASHINGTON SQUARE INSTITUTE FOR PSYCHOTHERAPY AND MENTAL HEALTH, a private non-governmental party, certifies that it does not have any corporate parents and no publicly held corporation owns more than 10% of its stock.

Dated: New York, New York
       August 28, 2007

                                            GORDON & REES, LLP

                                            BY: _/s/ Thomas Coppola_____
                                            Thomas Coppola (TC 1349)
                                            Attorneys for Defendants
                                            90 Broad Street, 23rd Floor
                                            New York, NY 10004
                                            (212) 269-5500