UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
KATHLEEN MAYS,

                Plaintiff,

    -against-                 07 Civ. 5976 (BSJ)(THK)

WASHINGTON SQUARE INSTITUTE FOR    **SCHEDULING ORDER**
PSYCHOTHERAPY AND MENTAL HEALTH,
GERD H. FENCHEL,

                Defendants.
------------------------------------X

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

    This action having been referred to this Court for general pretrial supervision and the parties having participated in a pretrial conference; it is hereby ORDERED:

    1.    The parties shall exchange initial disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(1), by October 29, 2007.

    2.    The parties shall exchange document requests and interrogatories by November 12, 2007.

    3.    All fact discovery shall be completed by February 15, 2008.

    4.    Plaintiff shall serve her expert witness report by March 15, 2008.

    5.    Defendant shall serve any responsive expert reports by April 15, 2008.

    6.    Depositions of expert witnesses shall be completed by May 15, 2008.

    7.    Dispositive motions, if any, shall be filed by May 30,

2008.

    8.    The following rules shall govern all pretrial activity in this case:

    If any discovery disputes arise during this case, the parties must make a good faith effort to resolve them. If disputes cannot be resolved, they should be brought to the Court's attention by letter. This letter should be brief and to the point so as to allow for expeditious resolution of discovery disputes without the need for formal motions. A responsive letter should be submitted within three days. Failure to bring disputes to my attention promptly and in advance of the discovery deadline will result in a waiver of remedies as to such disputes.

    Telephonic applications will be entertained only where disputes arise in the course of depositions or in genuine emergencies. In all other cases, applications must be made by letter to my chambers. If the application is for an extension of time, the letter-application (indicating whether all parties consent) must be delivered to my chambers at least ten days prior to the original due date.

    SO ORDERED.

                                                    THEODORE H. KATZ
                                         UNITED STATES MAGISTRATE JUDGE

Dated: October 16, 2007
       New York, New York