# BROACH & STULBERG, LLP

ATTORNEYS AT LAW



ROBERT B. STULBERG*
TELEPHONE EXTENSION 13
rstulberg@brostul.com

• NY, DC BARS

## MEMO ENDORSED

ONE PENN PLAZA
SUITE 2016
NEW YORK, NEW YORK 10119
(212) 268-1000
FAX (212) 947-6010
www.brostul.com

February 21, 2008

### BY FACSIMILE AND ECF

Honorable Theodore H. Katz
United States Magistrate Judge
United States District Court for the
        Southern District of New York
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/08

Re:   Kathleen Mays, Ph.D. v. Washington Square Institute for Mental Health and
      Psychotherapy and Gerd H. Fenchel, Ph.D., 07 CV 5976 (BSJ)(THK)

Dear Judge Katz:

        This firm represents plaintiff Kathleen Mays, Ph.D. in the above-referenced action.

        We write jointly with counsel for defendants, Washington Square Institute for Mental
Health and Psychotherapy ("WSI") and Gerd H. Fenchel, Ph.D., to request a 45-day extension of
the discovery deadlines set by the Scheduling Order dated October 16, 2007. This is the parties'
first request for an extension of time. We make this request for the following reason.

        The October 16, 2007 Order set February 15, 2007 for the completion of fact discovery.
The parties have exchanged responses to interrogatories and document requests. As to
depositions, plaintiff will be conducting approximately 8 depositions (inclusive of party and non-
party witnesses). Due to the schedules of counsel and the parties, the parties require an
additional 45 days, until March 31, 2008, to complete depositions and are in the process of
negotiating a mutually agreeable deposition schedule. Accordingly, the parties request that the
deadlines set by the October 16, 2007 Order be extended as follows:

        Completion of Fact Discovery:        March 31, 2008

        Service of Plaintiff's Exert Witness Report:  May 1, 2008

Honorable Theodore H. Katz
February 21, 2008
Page 2

> Service of Defendants' Responsive
>   Expert Witness Report:            June 1, 2008
>
> Completion of Expert Witness Depositions: July 1, 2008
>
> Deadline for filing Dispositive Motions:   July 15, 2008

The Court's considerations are appreciated.

Respectfully submitted,

By: _____
    Robert B. Stulberg

cc:    Thomas Coppola, Esq. (by facsimile and ECF)

Encl.

*The proposed schedule is hereby approved.*

**SO ORDERED**

2/22/08    _____
           **THEODORE H. KATZ**
           **UNITED STATES MAGISTRATE JUDGE**