# GORDON & REES LLP

ATTORNEYS AT LAW
90 BROAD STREET
23RD FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GORDONREES.COM

February 26, 2008

**VIA FACSIMILE AND ECF**
Honorable Theodore H. Katz
United States Magistrate Judge
United States District Court
Southern District of New York
New York, NY 10007

Re:   Mays v. Washington Square Institute for Psychotherapy.
      **07 CV 5976 (BSJ)(THK)**
      **Our File No. CHUBB 1042035**

Dear Honorable Sir:

We are the attorneys for the defendants in the above-referenced matter. On February 22, 2008, Your Honor approved the revised scheduling order submitted by the parties. Pursuant to the revised order, the deadline for filing dispositive motions is July 15, 2008.

Because I will be on vacation the week of July 14, 2008, we respectfully request that the date for filing dispositive motions be moved to July 29, 2008. Plaintiff's counsel has consented to this request.

Your Honor's valuable attention to this matter is appreciated.

Very truly yours,

Thomas B. Coppola

cc:   Amy Shulman, Esq.