# BROACH & STULBERG, LLP

### ATTORNEYS AT LAW

AMY F. SHULMAN*
TELEPHONE EXTENSION 23
ashulman@brostul.com

* NY, MA & DC BARS



ONE PENN PLAZA
SUITE 2016
NEW YORK, NEW YORK 10119
(212) 268-1000
FAX (212) 947-6010
www.brostul.com

May 19, 2008

BY FACSIMILE AND ECF



Honorable Theodore H. Katz
United States Magistrate Judge
United States District Court for the
    Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Kathleen Mays, Ph.D. v. Washington Square Institute for Mental Health and
        Psychotherapy and Gerd H. Fenchel, Ph.D., 07 CV 5976 (BSJ)(THK)

Dear Judge Katz:

    This firm represents plaintiff Kathleen Mays, Ph.D. in the above-referenced action.

    We write jointly with counsel for defendants, Washington Square Institute for Mental
Health and Psychotherapy ("WSI") and Gerd H. Fenchel, Ph.D., to advise the Court that the
parties have agreed to mediation of this action by a private mediator. The parties have agreed to a
one-day mediation session, scheduled for May 28, 2008.

    By June 3, 2008, the parties will advise the Court of the outcome of the mediation
session. If this action is not resolved through mediation by June 3, 2008, the parties will submit
a revised proposed pretrial schedule.

    Accordingly, in the interest of judicial efficiency, the parties respectfully request that the
pretrial schedule in this action be stayed, pending mediation and submission of a revised
proposed pretrial schedule, if necessary.

    The Court's considerations are appreciated.

*Provide a status report by June 3, 2008.*

Respectfully submitted,

5/20/08  **SO ORDERED**

By: _Robert B. Stulberg_
    Robert B. Stulberg

cc:    Thomas Coppola, Esq. (by facsimile and ECF)

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE